B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re **Northern Berkshire Healthcare, Inc.** Debtor(s)  Case No. **14-30327**  Chapter **7**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ABM**<br>**325 Hopping Brook Road**<br>**Holliston, MA 01746** | **ABM**<br>**325 Hopping Brook Road**<br>**Holliston, MA 01746** | | | **73,236.66** |
| **Berkshire Health Systems**<br>**725 North Street**<br>**Pittsfield, MA 01201** | **Berkshire Health Systems**<br>**725 North Street**<br>**Pittsfield, MA 01201** | | | **1,755,525.00** |
| **Brigham & Women's Physicians**<br>**111 Cypress Street**<br>**Brookline, MA 02445** | **Brigham & Women's Physicians**<br>**111 Cypress Street**<br>**Brookline, MA 02445** | | | **84,000.00** |
| **CMS**<br>**National Government Services**<br>**PO Box 4900**<br>**Syracuse, NY 13221** | **CMS**<br>**National Government Services**<br>**PO Box 4900**<br>**Syracuse, NY 13221** | | | **367,379.00** |
| **Columbia Nah Group, LLC**<br>**302 Washington Avenue Extension**<br>**Albany, NY 12203** | **Columbia Nah Group, LLC**<br>**302 Washington Avenue Extension**<br>**Albany, NY 12203** | | | **63,653.50** |
| **Coverys**<br>**PO Box 845248**<br>**Boston, MA 02284** | **Coverys**<br>**PO Box 845248**<br>**Boston, MA 02284** | | | **81,744.50** |
| **Department of Unemployment Assistance**<br>**19 Staniford Street**<br>**5th Floor**<br>**Boston, MA 02114** | **Department of Unemployment Assistance**<br>**19 Staniford Street**<br>**5th Floor**<br>**Boston, MA 02114** | | | **78,804.00** |
| **Depuy Orthopaedics, Inc.**<br>**PO Box 988**<br>**700 Orthopaedic Drive**<br>**Warsaw, IN 46581** | **Depuy Orthopaedics, Inc.**<br>**PO Box 988**<br>**700 Orthopaedic Drive**<br>**Warsaw, IN 46581** | | | **92,504.90** |
| **Direct Energy Services LLC**<br>**1001 Liberty Avenue**<br>**Pittsburgh, PA 15222** | **Direct Energy Services LLC**<br>**1001 Liberty Avenue**<br>**Pittsburgh, PA 15222** | | | **71,882.84** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Northern Berkshire Healthcare, Inc.**                                    Case No.
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Margulies Perruzzi Architects, Inc.<br>308 Congress Street<br>Floor 4<br>Boston, MA 02210 | Margulies Perruzzi Architects, Inc.<br>308 Congress Street<br>Floor 4<br>Boston, MA 02210 | | | 64,842.70 |
| Meditech<br>Meditech Circle<br>Westwood, MA 02090 | Meditech<br>Meditech Circle<br>Westwood, MA 02090 | | | 64,112.34 |
| National Grid<br>Processing Center<br>Woburn, MA 01807 | National Grid<br>Processing Center<br>Woburn, MA 01807 | | | 84,735.99 |
| National Wound Care & Hyperbaric<br>5220 Belfort Road<br>Suite 200<br>Jacksonville, FL 32256 | National Wound Care & Hyperbaric<br>5220 Belfort Road<br>Suite 200<br>Jacksonville, FL 32256 | | | 119,529.19 |
| NBH Plan Trust<br>24 New England Executive Park<br>Suite 25<br>Burlington, MA 01803 | NBH Plan Trust<br>24 New England Executive Park<br>Suite 25<br>Burlington, MA 01803 | | | 128,895.00 |
| Pension Benefit Guarantee Corporation<br>1200 K Street NW<br>Washington, DC 20005-4026 | Pension Benefit Guarantee Corporation<br>1200 K Street NW<br>Washington, DC 20005-4026 | | | 539,579.00 |
| Pension Benefit Guaranty<br>1200 K Street NW<br>Washington, DC 20005-4026 | Pension Benefit Guaranty<br>1200 K Street NW<br>Washington, DC 20005-4026 | | | 90,091.76 |
| Philips Medical Capital<br>PO Box 92449<br>Cleveland, OH 44193-0003 | Philips Medical Capital<br>PO Box 92449<br>Cleveland, OH 44193-0003 | | | 486,615.00 |
| Sodexo USA<br>9801 Washington Boulevard<br>Gaithersburg, MD 20878 | Sodexo USA<br>9801 Washington Boulevard<br>Gaithersburg, MD 20878 | | | 225,588.92 |
| Sound Physicians of Massachusetts<br>1123 Pacific Avenue<br>Tacoma, WA 98402 | Sound Physicians of Massachusetts<br>1123 Pacific Avenue<br>Tacoma, WA 98402 | | | 139,734.12 |
| Wells Fargo Bank, N.A.<br>123 S. Broad Street<br>Suite 1500<br>Philadelphia, PA 19109 | Wells Fargo Bank, N.A.<br>123 S. Broad Street<br>Suite 1500<br>Philadelphia, PA 19109 | | | 71,882.84 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Northern Berkshire Healthcare, Inc.**                                    Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 4, 2014**                        Signature  **/s/ Julia Bolton**
                                                          **Julia Bolton**
                                                          **Authorized Agent**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.