**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **NORTHERN BERKSHIRE** | ) | **Chapter 7** |
| **HEALTHCARE, INC.** | ) | |
| | ) | **Case No. 14-30327-HJB** |
| Debtor | ) | |
| | ) | |
| **In re:** | ) | |
| | ) | |
| **NORTHERN BERKSHIRE** | ) | **Chapter 7** |
| **HEALTHCARE PHYSICIANS** | ) | |
| **GROUP, INC.** | ) | |
| | ) | **Case No. 14-30329-HJB** |
| Debtor | ) | |
| | ) | |
| **In re:** | ) | |
| | ) | |
| **VISITING NURSE ASSOCIATION &** | ) | **Chapter 7** |
| **HOSPICE OF NORTHERN** | ) | |
| **BERKSHIRE, INC.** | ) | |
| | ) | **Case No. 14-30330-HJB** |
| Debtor | ) | |

**MOTION BY CHAPTER 7 TRUSTEE FOR**
**ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF CASES**

Harold B. Murphy, the duly appointed trustee in the above-captioned Chapter 7 cases (the "Trustee"), hereby moves this Court for the entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rule 1015-1(a) of the Massachusetts Local Bankruptcy Rules ("MLBR") directing the joint administration of these Chapter 7 cases. The requested joint administration would be for procedural purposes only. The Debtors are affiliates as defined under 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code"). Approval of this

motion will dispense with otherwise unnecessary and potentially duplicative filings and will ease the administrative burden on the Court and all interested parties. The Trustee requests that this Court designate the case captioned as *In re Northern Berkshire Healthcare, Inc.,* Case No. 14-30327-HJB as the lead case in these bankruptcy cases. In further support of this motion, the Trustee avers as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over the motion pursuant to 28 U.S.C. §157 and 1334. The motion is a core matter pursuant to 28 U.S.C. §157(b)(2)(A).

2. Venue is proper in this District pursuant to 28 U.S.C. §1408 and 1409.

3. The statutory predicates for the relief requested herein are section 105(a) of Title 11 of the United States Code and Rule 1015 of the Federal Rules of Bankruptcy Procedure.

### BACKGROUND

4. On April 3, 2014, Northern Berkshire Healthcare, Inc., Northern Berkshire Healthcare Physicians Group, Inc., and Visiting Nurse Association & Hospice of Northern Berkshire, Inc. (collectively the "Debtors"), filed voluntary petitions for relief under Chapter 7 of the Bankruptcy Code.

5. The Trustee is the duly-appointed trustee of the Debtors.

6. Northern Berkshire Healthcare, Inc. ("NBH"), is a non-profit healthcare corporation in northern Berkshire County, Massachusetts and is the sole member of the other Debtors, which are also non-profit corporations. The Debtors operate the North Adams Regional Hospital and a visiting nurse association and hospice in North Adams, Massachusetts.

## **RELIEF REQUESTED**

7. Federal Rule of Bankruptcy Procedure 1015(b) provides that if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates."

8. Massachusetts Local Bankruptcy Rule 1015-1(a) provides that "the court shall grant the motion for joint administration if it is likely to ease the administrative burden on the parties and the court."

9. NBH is the sole member of the other Debtors. The Debtors, therefore, are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code. Accordingly, under Federal Rule of Bankruptcy Procedure 1015(b), this Court has the authority to grant the requested relief.

10. The Trustee expects to file notices, applications, motions, and other pleadings and orders that are applicable to some or all of the Debtors. Joint administration will permit all parties in interest to include all of the Debtors' respective cases in a single caption on the documents that will be filed and served in these cases. Joint administration will also enable parties in interest in each case to remain apprised of the various matters before the Court in all of the cases and will enable the Trustee to utilize a single creditor service list, eliminating duplication.

11. Joint administration will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of all of the respective estates and other parties in interest.

12. The entry of an order of joint administration will reduce the number of pleadings that otherwise would be filed with the Clerk of this Court, render the completion of various administrative tasks less costly, and minimize the number of unnecessary delays.

3

13. The Trustee is not aware of any facts that would give rise to actual or potential conflicts of interest caused by joint administration. The Trustee is not seeking substantive consolidation of the Chapter 11 cases through this motion. The rights of the creditors of each of the Debtors will not be adversely affected nor prejudiced by the entry of an order directing the joint administration of these cases.

14. To the extent that proofs of claim are required to be filed, each creditor will be entitled, and required, to file a claim against the particular estate that is indebted to such creditor (unless substantive consolidation is otherwise requested and granted).

15. For all of the foregoing reasons, the Trustee respectfully requests that the Court enter an Order providing for the joint administration of the Debtors' cases.

**WHEREFORE**, the Trustee respectfully requests the entry of an order, substantially in the form of the attached order: (a) authorizing the joint administration of these cases; (b) designating *In re Northern Berkshire Healthcare, Inc.*, Chapter 7, case no. 14-30327-HJB as the lead case, and (c) granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

HAROLD B. MURPHY,
Chapter 7 Trustee

By his proposed counsel,

*/s/* Michael K. O'Neil
D. Ethan Jeffery, Esq. (BBO # 631941)
Michael K. O'Neil, Esq. (BBO #685025)
MURPHY & KING, P.C.
One Beacon Street
Boston, Massachusetts 02108
Tel: 617-423-0400
Fax: 617-423-0498
mko@murphyking.com

DATED: April 4, 2014
667277