UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

In re:

NORTHERN BERKSHIRE
HEALTHCARE, INC., et al.[1]

Debtors.

Chapter 7

Case No. 14-30327-HJB

Jointly Administered

### TRUSTEE'S MOTION FOR (A) THE INTERIM AND PERMANENT USE OF CASH COLLATERAL, (B) THE GRANTING OF REPLACEMENT LIENS, (C) THE ENTRY OF SCHEDULING ORDER REGARDING CONTINUED USE OF CASH COLLATERAL AND (D) ADDITIONAL RELIEF
(Emergency Consideration Requested)

Pursuant to Sections 105 and 363 of the United States Bankruptcy Code (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure 2002, 4001, and 9014, and MLBR 4001-2, Harold B. Murphy (the "Trustee"), the interim trustee for Northern Berkshire Healthcare, Inc., Northern Berkshire Healthcare Physicians Group, Inc., and Visiting Nurse Association & Hospice of Northern Berkshire, Inc. (collectively the "Debtors"), moves the Court for:

    a.    The entry, on an emergency basis, of an interim order authorizing the use of Cash Collateral (as defined below) on the terms set forth in this motion, in an amount necessary to avoid immediate and irreparable harm;

    b.    The entry of a permanent order authorizing use of Cash Collateral on the terms set forth in this motion;

    c.    The granting of replacement liens to Wells Fargo (as defined below) that: (i) are limited to the same types of post-petition property of the estate against which Wells Fargo held liens as of the Petition Date (as defined below); (ii) maintain the same priority, validity and enforceability as Wells Fargo's pre-petition liens; (iii) shall be recognized only to the extent of the diminution in value of Wells Fargo's pre-petition collateral after the Petition Date resulting from the use of the Cash

---

[1] The other debtors in these jointly administered cases are: (a) Northern Berkshire Healthcare Physicians Group, Inc., bankruptcy number 14-30329-HJB; and (b) Visiting Nurse & Hospice of Northern Berkshire, Inc., bankruptcy number 14-30330-HJB.

04/09/2014 THE TRUSTEE'S REQUEST FOR EMERGENCY CONSIDERATION IS GRANTED. THE MOTION IS SET FOR HEARING BEFORE THIS COURT, SITTING IN SPRINGFIELD, MASSACHUSETTS, ON THURSDAY, APRIL 10, 2014 AT 2:00 P.M.. AT THAT HEARING, THE COURT WILL ALSO REQUEST FROM THE TRUSTEE A STATUS REPORT (WHICH MAY BE PROVIDED ORALLY) AS TO (i) THE PROGRESS WHICH HAS BEEN MADE BY ALL OF THE RELEVANT PARTIES, SINCE THE HEARING ON APRIL 7, 2014, IN PROVIDING APPROPRIATE EMERGENCY MEDICAL SERVICES FOR THE LOCAL COMMUNITY AND (ii) THE COOPERATION OF THOSE PARTIES WHOSE COOPERATION IS REQUIRED TO ACHIEVE THAT GOAL. THE TRUSTEE IS ORDERED TO PROVIDE NOTICE OF THIS HEARING FORTHWITH BY TELEPHONE, EMAIL AND/OR FACSIMILE TRANSMISSION TO COUNSEL TO BERKSHIRE HEALTH SERVICES, INC., COUNSEL TO WELLS FARGO BANK, N.A., ANY OTHER SECURED CREDITORS, THE TOP 20 UNSECURED CREDITORS, ANY TAXING AUTHORITIES, THE OFFICE OF THE MASSACHUSETTS ATTORNEY GENERAL, THE UNITED STATES TRUSTEE, AND ALL ATTORNEYS WHO HAVE FILED APPEARANCES IN THIS CASE.

*/s/ Henry Jack Boroff*