# United States Bankruptcy Court
## District of Massachusetts

In re:

NORTHERN BERKSHIRE,
HEALTHCARE, INC.,

Debtor

Chapter 7
Case No. 14-30327-HJB
(Jointly Administered)

### ORDER TO SHOW CAUSE

The United States trustee and the Chapter 7 trustee are ORDERED TO APPEAR before this Court on April 30, 2014 at 9:30 A.M. in the Federal Courthouse, Berkshire Courtroom, 300 State Street, Springfield, MA and to show cause as to why the Court should not order the appointment of a patient care ombudsman/consumer privacy ombudsman. See 11 U.S.C. §§ 332 & 333.

By the Court,

Dated: April 25, 2014

Henry J. Boroff
United States Bankruptcy Judge