UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

| | |
|---|---|
| In re:<br><br>NORTHERN BERKSHIRE<br>HEALTHCARE, INC., et al.[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 14-30327-HJB<br><br>Jointly Administered |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, pursuant to the attached order (the "Order") a final hearing to consider entry of a final order (the "Final Order") on the *Trustee's Motion for (A) the Interim and Permanent Use of Cash Collateral, (B) the Granting of Replacement Liens, (C) the Entry of Scheduling Order regarding Continued Use of Cash Collateral, and (D) Additional Relief* [docket no. 31] (the "Motion") will take place on **June 26, 2014 at 10:00 a.m. at the United States Bankruptcy Court for the District of Massachusetts, Western Division, United States Courthouse, 300 State Street, Springfield, Massachusetts 01105** (the "Court").

PLEASE TAKE FURTHER NOTICE THAT any party in interest objecting to the entry of the proposed Final Order **shall file written objections with the Clerk of the Court no later than June 23, 2014, at 4:30 p.m.**, which objections shall be served so that the same are received on or before such date by: (a) counsel for the Trustee, Murphy & King, Professional Corporation, One Beacon Street, Boston, MA 02108-3107, Attn: Harold B. Murphy and D.

---

[1] The other debtors in these jointly administered cases are: (a) Northern Berkshire Healthcare Physicians Group, Inc., bankruptcy number 14-30329-HJB and (b) Visiting Nurse & Hospice of Northern Berkshire, Inc., bankruptcy number 14-30330-HJB.

Ethan Jeffery, Fax: (617) 556-8985, (b) counsel for the Indenture Trustee, Schiff Hardin LLP, 233 S. Wacker Drive, Suite 6600, Chicago, IL 60606, Attn: J. Mark Fisher and Rick L. Frimmer, Fax: (312) 258-5700 and Shatz, Schwartz and Fentin, P.C., 1441 Main Street, Springfield, MA 01103, Attn: Steven Weiss, Fax: (413) 736-0375 and (c) the U.S. Trustee.

> HAROLD B. MURPHY, Trustee of Northern Berkshire Healthcare, Inc.,
>
> By his counsel,
>
> /s/ D. Ethan Jeffery
> D. Ethan Jeffery (BBO #631941)
> MURPHY & KING, Professional Corporation
> One Beacon Street
> Boston, Massachusetts  02108
> Tel:    (617) 423-0400
> Fax:    (617) 556-8985
> Email: ejeffery@murphyking.com

Date: June 2, 2014
670307