# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Northern Berkshire Healthcare, Inc.        Case Number: 14-30327        Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#112 Motion of Chapter 7 Trustee for Approval of Bidding Procedures, Assumption Procedures, Notice Procedures and Breakup Fee Provision

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied     Denied without prejudice     Withdrawn in open court     Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


PROPOSED ORDER TO BE SUBMITTED.


IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Henry Jack Boroff

_____                       _____Dated: 06/11/2014
Courtroom Deputy