# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Western Division)

|  |  |
|---|---|
| **In re:** | **Chapter 7** |
| **NORTHERN BERKSHIRE HEALTHCARE, INC., et al.**[1] | **Case No. 14-30327-HJB** |
| **Debtors.** | **Jointly Administered** |

## CERTIFICATE OF SERVICE

I, D. Ethan Jeffery, hereby certify that on May 1, 2014, I caused to be served a copy of

the *Notice of Hearing* in regards to the Trustee's Motion for (A) the Interim and Permanent Use

of Cash Collateral, (B) the Granting of Replacement Liens, (C) the Entry of Scheduling Order

regarding Continued Use of Cash Collateral and (D) Additional Relief [docket #31] via operation

of this Court's CM/ECF System and/or by first class mail, postage prepaid on the persons and

entities listed on the attached service list.

> /s/ *D. Ethan Jeffery*
> Harold B. Murphy (BBO #362610)
> D. Ethan Jeffery (BBO #631941)
> MURPHY & KING, Professional Corporation
> One Beacon Street
> Boston, MA  02108-3107
> Tel: (617) 423-0400
> Fax: (617) 556-8985
> Ejeffery@murphyking.com

Dated: June 30, 2014
672062

---

[1] The other debtors in these jointly administered cases are: (a) Northern Berkshire Healthcare Physicians Group, Inc., bankruptcy number 14-30329-HJB; and (b) Visiting Nurse & Hospice of Northern Berkshire, Inc., bankruptcy number 14-30330-HJB.

**Northern Berkshire Healthcare, Inc., et al.**
**Consolidated Short Service List**

**VIA CM/ECF**

Joseph H. Baldiga on behalf of Creditor Berkshire Medical Center, Inc.
jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com

Janet E. Bostwick on behalf of Interested Party Massachusetts Nurses Association
jeb@bostwicklaw.com

Paul W. Carey on behalf of Creditor Berkshire Medical Center, Inc.
pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Terence E. Coles on behalf of Creditor 1199SEIU Healthcare Workers Pension Fund
tcoles@pylerome.com, jfletcher@pylerome.com

Terence E. Coles on behalf of Creditor 1199SEIU United Healthcare Workers East
tcoles@pylerome.com, jfletcher@pylerome.com

John D. Finnegan on behalf of Creditor Philips Medical Capital, LLC
jfinnegan@tbhr-law.com

J. Mark Fisher on behalf of Creditor Wells Fargo Bank, N.A.
mfisher@schiffhardin.com

Karen L. Goodwin on behalf of Interested Party United States Of America
karen.goodwin@usdoj.gov

Olga L. Gordon on behalf of Debtor Northern Berkshire Healthcare Physicians Group, Inc.
ogordon@murthalaw.com, kbratko@murthalaw.com

Olga L. Gordon on behalf of Debtor Northern Berkshire Healthcare, Inc.
ogordon@murthalaw.com, kbratko@murthalaw.com

Olga L. Gordon on behalf of Debtor Visiting Nurse Association & Hospice of Northern Berkshire, Inc.
ogordon@murthalaw.com, kbratko@murthalaw.com

Bart Q. Hollander on behalf of Interested Party Commonwealth Of Massachusetts
bart.hollander@state.ma.us, cynthia.sherman-black@state.ma.us

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Kevin C. McGee on behalf of Creditor Iatric Systems, Inc.
bankruptcy@sederlaw.com, kmcgee@sederlaw.com

Stephen N. Pagnotta on behalf of Creditor Adams Community Bank
mail@docatty.com, spagnotta@docatty.com;sgigliotti@docatty.com

Jeffrey D. Sternklar on behalf of Creditor Jacen Dinoff
jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com

Steven Weiss on behalf of Creditor Wells Fargo Bank, N.A.
sweiss@ssfpc.com, alewkowicz@ssfpc.com

Steven Weiss on behalf of Interested Party J. Mark Fisher
sweiss@ssfpc.com, alewkowicz@ssfpc.com

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| ABM<br>325 Hopping Brook Road<br>Holliston, MA 01746 | Brigham & Women's Physicians<br>ATT:  Joshua Abrams, OGC<br>Office of the General Counsel<br>50 Staniford Street, S50-10<br>Boston MA  02114 |
| Berkshire Health Systems<br>Legal Department<br>725 North Street<br>Pittsfield, MA 01201 | Coverys<br>Attn: Kim Tobin<br>One Financial Center, 13th Floor<br>675 Atlantic Avenue<br>Boston, MA 02111 |
| Commonwealth of Massachusetts<br>Department of Unemployment Assistance<br>19 Staniford Street, 5th Floor<br>Boston, MA 02114 | Depuy Orthopedics, Inc.<br>P.O. Box 988<br>700 Orthopedic Drive<br>Warsaw, IN 46581 |
| Margulies Perruzzi Architects, Inc.<br>308 Congress Street<br>Floor 4<br>Boston, MA 02210 | Meditech<br>Meditech Circle<br>Westwood, MA 02090 |
| National Grid<br>Processing Center<br>Woburn, MA 01807 | National Wound Care and Hyperbaric<br>5220 Belfort Road<br>Suite 200<br>Jacksonville, FL 32256 |
| Pension Benefit Guarantee Corporation<br>1200 K Street NW<br>Washington, DC 2005-4026 | Wells Fargo Bank, N.A.<br>123 S. Broad Street<br>Suite 1500<br>Philadelphia, PA 19109 |

Sound Physicians of Massachusetts
1123 Pacific Avenue
Tacoma, WA 98402

Columbia Nah Group, LLC
302 Washington Avenue Extension
Albany, NY 12203

CMS
National Government Services
PO Box 4900
Syracuse, NY 13221

Philips Medical Capital
PO Box 92449
Cleveland, OH 44193-0003

NBH Plan Trust
24 New England Executive Park, Suite 25
Burlington, MA 01803

Direct Energy Services LLC
1001 Liberty Avenue
Pittsburgh, PA 15222

Sodexo USA
9801 Washington Boulevard
Gaithersburg, MD 20878

Barton & Associates
10 Dearborn Road
Peabody, MA 01960

Whitman's Crystal Clean
2 Melrose Street
Adams, MA 01200

Berkshire Gas Company
PO Box 299
Lee, MA 01238-0299

Becks Printing
121 Union Street
North Adams, MA 01247

Bill Dunbar & Associates, LLC
2601 Fortune Circle East, Suite 301A
Indianapolis, IN 46241

Bershire Surgical Associates
777 North Street
Pittsfield MA 01201

CompHealth
PO Box 972651
Dallas TX 75397-2651

Claflin Equipment Sales & Service
PO Box 15415
E. Providence RI  02915

Fisher Scientific Company
17 Jonspin Road
Wilmington MA  01887

Eclinical Works
2 Technology Drive
Westborough, MA  01581

Medline Industries
One Medline Place
Mundelein, IL  60060

Kendrion Biopharma Inc.
400 Kelby Street
Fort Lee, NJ  07024

Press Ganey
404 Columbia Place
South Bend, IN 46601

National Grid
PO Box 1005
Woburn MA  01807-1005

WB Mason Company Inc.
59 Centre Street
Brockton MA  02303

Theracom, Inc.
9717 Key West Avenue
Rockville MD  20850

CDW Government, Inc.
75 Remittance Drive
Suite 1515
Rockville MD  20850

Berkshire Communications
PO Box 299
 Lee MA  01238-0299

Stericycle, Inc.
PO Box 9001590
Louisville KY  40290-1509

Cigna Group Insurance
ATT:  Donna, Legal Dept.
PO Box 13701
Philadelphia PA  19101-3701

Alexander Aronson Finning
21 East Main Street
Westborough, MA  01581-1461

Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874

Home Care Alliance of MA
31 St. James Avenue, Suite 780
Boston, MA  02116

Berkshire Chamber of Commerce
75 North St, Suite 360
Pittsfield, MA  01201-5153

Liturgical Publications, Inc.
5 Progress Drive
Cromwell, CT  06416-1096

Little's HSC Pharmacy
109 Eagle Street
N. Adams, MA  01247

Medline Industries
PO Box 382075
Pittsburgh, PA  15251-8075

Medical Information Technology
PO Box 74569
Chicago, IL  60696

North Adams Commons
175 Franklin Street
North Adams, MA  01247

National Research Corporation
PO Box 809030
Chicago, IL  60680-9030

Sweet Brook of Williamstown
1561 Cold Springs Road
Williamstown, MA  01267

Surgimed
109 Eagle Street
North Adams, MA  01247

WB Mason
PO Box 981101, 59 Centre Street
Brockton, MA  02303

U.S. Postal Service
CMRS PBP, PO Box 7247-0166
Philadelphia, PA  19170-0166

Berkshire Medical Center
PO Box 4999
Pittsfield, MA  01201

Williamstown Commons
25 Adams Road
Williamstown, MA  01267

Carefusion Solutions, LLC
1952 Solutions Center
Chicago, IL  60677-1099

Berkshire Communications
PO Box 299
Lee, MA  01238-0299

North Adams Regional Hospital
71 Hospital Avenue
North Adams, MA  01247

Earthlink Business
2150 Homgren Way
Green Bay, WI  54304

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA  02114-9564

Internal Revenue Service
James Spinale, MS 20800
JFK Federal Building
PO Box 9112
Boston, MA 02203

Commonwealth of Massachusetts
Division of Employment & Training
Attention:  Chief Counsel
Hurley Building - Government Center
Boston, MA 02114

Office of the Attorney General
Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place
Boston, MA 02108

Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston MA  02110

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Carmen Milagros Ortiz
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA  02210

Securities and Exchange Commission
100 F Street, N.E.
Washington DC  20549

Mark A. Hickernell
McDonald, Lamond, Canzeroni & Hickernell
352 Turnpike Road
Suite 310
Southborough, MA 01772-1756

Eric H. Holder, Jr.
Attorney General of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC  2053-0001

Robert C. Ross
Business and Labor Bureau
One Ashburton Place, 18th Floor
Boston, MA 02108

Andrew M. MacDonald, Esq.
McDonald, Lamond, Canzeroni & Hickernell
352 Turnpike Road
Suite 310
Southborough, MA 01772-1756

Adams Community Bank
ATT:  Donna Halton, Sr. Vice President, Lending
PO Box 306
Adams, MA  01220

Vermont Department of Taxes
133 State Street
Montpelier, VT 05633-1401

City of North Adams
Assessor Office
10 Main Street #107
North Adams, MA 01247

New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

New York State Dept. of Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Verdolino & Lowey P.C.
124 Washington St.
Foxborough, MA 02035

Time Warner Cable
PO Box 70872
Charlotte, NC  28272-0872

City of North Adams
PO Box 566
North Adams, MA 01247-0566

Robert C. Ross
Business and Labor Bureau
One Ashburton Place, 18th floor
Boston, MA 02108