**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Northern Berkshire Healthcare, Inc. | Chapter: 7 |
| | | Case No: 14–30327 |
| | Debtor | Judge Henry J. Boroff |

**ORDER**
**REGARDING DEFICIENT FILING**

Your recent filing of **Motion to Amend Schedule F** on **JUNE 30, 2014** with the Court was deficient and/or defective as noted below:

☐    Certificate of Service

☐    Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐    Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐    Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐    Reaffirmation Agreement Cover Sheet.

☐    Real Estate Worksheet.

☐    Disclosure of Compensation of Attorney for Debtor(s). (Official Form 203)

☐    Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐    Motion to Amend Plan.

☐    Motion to Approve Stipulation.

☐    Certificate of Conference.

☐    Notice of Amendment to Schedules.

☐    Motion to Amend Schedules.

☑    Amended Summary of Schedules.

☐    Adversary Proceeding Cover Sheet.

☐    Proposed Notice to the Objection to Claim MLBR 3007–1(b).

☐    ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☐ Missing required name, address, telephone number or BBO number. See MLBR Rule 9011–1.

☐ Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐ Other

You are hereby **ORDERED** to file the above required documents(s) on or before **JULY 8, 2014** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John. W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

⦿ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date:7/1/14

By the Court,

Catherine Leas
Deputy Clerk
413–785–6908

161 – 156